IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GAIL H. CLAYTON and THOMAS A. CLAYTON, | )<br>)<br>) |
| Plaintiffs, | )<br>) 1:22CV908 |
| v. | )<br>) |
| ALEXANDER WELLS and ALLYSON P. WELLS, | )<br>)<br>) |
| Defendants. | ) |

## JUDGMENT

Consistent with the Memorandum Opinion and Order filed on March 30, 2024, (ECF No. 39).

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss, (ECF No. 11), is **GRANTED**; and this action is hereby **DISMISSED WITH PREJUDICE.**

This, the 10th day of June 2024.

/s/ Loretta C. Biggs
United States District Judge